```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Charles A. Allen, III

    v.                                    Case No. 19-cv-385-PB

Hampshire House, Director, et al.

                                ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 31, 2019, and dismiss the claims remaining in this action, direct the clerk's office to enter judgment, and close this case.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                      /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

Date: June 24, 2019

cc: Charles A. Allen, III, pro se